IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARK A. REESE, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 15-00316-CB-N |
| SAM COCHRAN, et al, | : | |
| Defendant. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this 14th day of April, 2016.

s/*Charles R. Butler, Jr.*
Senior United States District Judge